# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| SUSAN AGUDO,<br><br>        Plaintiff,<br><br>vs.<br><br>MGM RESORTS INTERNATIONAL OPERATIONS, INC.,<br><br>        Defendant. | 2:21-cv-00576-JAD-NJK<br><br>**ORDER** |

Before the Court is *Baluma, S.A. d/b/a Enjoy Punta Del Este & Casino v. Joseph Huang*, case number 2:21-cv-00576-JAD-NJK.

The court has obtained a Zoom account to conduct the settlement conference on May 28, 2021. No video links are needed from the parties.

Accordingly,

IT IS HEREBY ORDERED that counsel/the parties must email chambers at VCF_Chambers@nvd.uscourts.gov, with all email address(es) to be used for the video conference hearing by noon, May 21, 2021.

DATED this 6th day of May, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE