Kelly R. Kichline, NV Bar # 10642
MGM RESORTS INTERNATIONAL
6385 S. Rainbow Blvd., Suite 500
Las Vegas, NV 89118
Telephone: (702) 692- 5651
Fax No.:    (702) 669-4501
Email:   kkichline@mgmresorts.com

*Attorneys for Defendant,*
*MGM Resorts International Operations, Inc.*

# THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SUSAN AGUDO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MGM RESORTS INTERNATIONAL OPERATIONS, INC.; DOES I through X; and ROE Corporations XI through XX, inclusive,<br><br>Defendants. | **CASE NO.: 2:21-cv-00576-JAD-NJK**<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 25 |

IT IS HEREBY STIPULATED, by and between the parties herein, through their respective counsel that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all claims and all parties herein are hereby dismissed with prejudice.

///

///

///

1

Each party will bear her or its own costs.  All parties appearing have signed this stipulation, and there are no remaining claims or parties.

| | |
|---|---|
| DATED this 10th day of June, 2021. | DATED this 10th day of June, 2021 |
| LAW OFFICE OF STEVEN H. BURKE | MGM RESORTS INTERNATIONAL |
| /s/Steven H. Burke_____ | /s/Kelly R. Kichline_____ |
| Steven H. Burke, Esq. | Kelly R. Kichline, Esq. |
| Nevada Bar No.: 14037 | Nevada Bar No.: 10642 |
| 9205 W. Russell Road, Suite 240 | 6385 S. Rainbow Boulevard, Suite 500 |
| Las Vegas, NV 89148 | Las Vegas, NV 89119 |
| Attorney for Plaintiff | Attorney for Defendant |
| *Susan Agudo* | *MGM Resorts International Operations, Inc.* |

### ORDER

Based on the parties' stipulation **[ECF No. 25]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 10, 2021

2